IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **ROGER JAY JONES, II,** )<br>)<br>    Plaintiff,           )<br>                          )<br>    v.                    )<br>                          )<br>**HEATH TAYLOR (Sheriff),** )<br>**et al.,**                )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>   3:20cv5-MHT<br>        (WO) |

OPINION AND ORDER

Plaintiff, an inmate at the Russell County Jail, filed a motion for preliminary injunction seeking an order for the defendant sheriff to file a report on and fully investigate the theft of plaintiff's property from his trailer while he was incarcerated.  This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied.  Also before the court are plaintiff's objections to the recommendation.  Upon an independent and de novo review of the record,

the court concludes that the recommendation should be adopted, and the objections overruled.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 24) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 21) is adopted.

(3) The motion for preliminary injunction (doc. no. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 21st day of May, 2020.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE