IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROGER JAY JONES, II,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
|    v.    ) | 3:20cv5-MHT |
| ) | (WO) |
| HEATH TAYLOR (Sheriff),    ) | |
| et al.,    ) | |
| ) | |
|    Defendants.    ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 50) are sustained to the extent set forth in the opinion.

(2) The United States Magistrate Judge's ultimate recommendation (Doc. 47) is adopted, though the underlying reasoning is rejected in part and adopted in part, as explained in the opinion entered today.

(2) Defendants' motions for summary judgment (Doc. 28, Doc. 34, Doc. 38, and Doc. 40) are granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of March, 2023.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE